UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ALEX LORA,<br>    Plaintiff<br>v.<br><br>PATRICK K. MORAN, Individually,<br>JON KACHADOORIAN, Individually,<br>and CITY OF WORCESTER,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 13-40131-TSH |

**DEFENDANTS' ASSENTED TO MOTION FOR LEAVE
TO DEPOSE A PERSON CONFINED IN PRISON**

Defendants, Patrick K. Moran, Jon Kachadoorian and City of Worcester (City), with the assent of Plaintiff, respectfully move this Court, pursuant to Fed. R. Civ. P. 30(a)(2), for leave to depose Jimmie Cotto, Jr., who has been identified in Plaintiff's initial disclosures as a potential witness present at the time of the incident alleged in Plaintiff's First Amended Complaint, and who is currently incarcerated at the Worcester County Jail and House of Correction, West Boylston, MA.

                                                PATRICK K. MORAN,
                                                JON KACHADOORIAN &
                                                CITY OF WORCESTER
                                                By their attorneys,
                                                David M. Moore
                                                City Solicitor

                                                */s/ Kevin M. Gould*
                                                Wendy L. Quinn (BBO #653954)
                                                Kevin M. Gould (BBO #661545)
                                                Assistant City Solicitors
                                                City Hall, Room 301
                                                455 Main Street
                                                Worcester, MA  01608
                                                (508) 799-1161
                                                quinnwl@worcesterma.gov
                                                gouldk@worcesterma.gov

**ASSENTED TO BY:**

ALEX LORA
By his attorney

/s/ *Jeffrey M. Sankey*
Jeffrey M. Sankey, BBO# 551062
Sankey Law Offices
25 Braintree Hill Park, Suite 200
Braintree, MA 02184
(781) 930-3127
jsankey@sankeylaw.com

### CERTIFICATE OF LOCAL RULE 7.1 CONFERENCE

I, the undersigned, hereby certify that I have communicated with Plaintiff's counsel in a good faith attempt to resolve or narrow the issues presented by this Motion, as a result, this motion is filed with Plaintiff's assent.

/s/ *Kevin M. Gould*
Kevin M. Gould
Assistant City Solicitor

### CERTIFICATE OF SERVICE

I, Kevin M. Gould, hereby certify that on this 1st day of October, 2014, the within Defendants' Assented to Motion for Leave to Depose a Person Confined in Prison was served upon all counsel of record through this Court's electronic filing system as identified on the Notice of Electronic Filing.

/s/ *Kevin M. Gould*
Kevin M. Gould
Assistant City Solicitor