# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Alex Lora,                 Plaintiff, ) ) ) ) v.     ) ) Patrick K. Moran, et. al.,     )                  Defendant. ) ) ) | **CIVIL ACTION NO. 13-cv-40131-TSH** |

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE HILLMAN

HENNESSY, M.J.

On   April 29, 2015   I had scheduled the following ADR proceedings:

\_\_\_\_ EARLY NEUTRAL EVALUATION     _X_ MEDIATION
\_\_\_\_ MINI-TRIAL     \_\_\_\_ SUMMARY JURY TRIAL
\_\_\_\_ SETTLEMENT CONFERENCE

The parties were present in person or by an authorized corporate officer .
The case was:

(X) Settled.  Your clerk should enter a   30   day order of dismissal.
( ) There was progress.  A further conference has been scheduled for _____.
       unless the case is reported settled prior to that date.
( ) Further efforts to settle this case at this time are, in my judgment, unlikely to be
       productive.  This case should be restored to your trial list.

April 29, 2015                                                   /s/ David. H. Hennessy
Date                                                          David H. Hennessy, USMJ